# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALONZO ELLISON,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | **No. 18-5329** |
| v. | : | |
| | : | |
| **KEVIN RANSOM, et al.**[1] | : | |
| Respondents. | : | |

## ORDER

This 16th day of November, 2022, upon careful and independent consideration of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Petitioner, ECF 1, the record in this case, the Report and Recommendation of United States Magistrate Judge Elizabeth Hey dated September 23, 2022, ECF 13, and Petitioner's Objections to Report and Recommendation, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED and ADOPTED;**

2. Petitioner's Objections are **OVERRULED;**[2]

3. The Petition for Writ of Habeas Corpus is **DENIED;** and

4. There is no basis for the issuance of a certificate of appealability.

                                                                                      /s/ Gerald Austin McHugh
                                                                                      United States District Judge

---

[1] The current superintendent of the State Correctional Institution at Dallas, where Mr. Ellison is incarcerated, is Kevin Ransom. The proper respondent in a habeas petition is the current superintendent, and the caption should be changed accordingly. *See* Rule 2(a), Rules Governing Section 2254 Cases (2019).

[2] Where a petitioner's objections merely rehash and reframe the underlying arguments set forth in their original petition, the Court is not obligated to separately address any issue that was thoroughly and correctly analyzed by the Magistrate Judge. *See Morgan v. Astrue,* No. 08-2133, 2009 WL 3541001 (E.D. Pa. Oct. 30, 2009) (Buckwalter, J.) (collecting cases).